ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:         (415) 431-4500
E-Mail:        rwlaw@mindspring.com

Attorney for Defendant JERARDO ZARAGOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 25-0156-004 YGR |
| Plaintiff, | [PROPOSED] ORDER OF RELEASE |
| v. | |
| JERARDO ZARAGOZA, | |
| Defendant. | |

To:   THE UNITED STATES MARSHAL; THE CONTRA COSTA COUNTY SHERIFFS DEPARTMENT:

GOOD CAUSE APPEARING, and the Defendant now having been sentenced,

IT IS HEREBY ORDERED that Defendant Jerardo Zaragoza (DOB: 2/25/1978; USM# 91382-511; Contra Costa County Booking# 2508429) be released from custody.

Dated: February 12 , 2026

_____
YVONNE GONZALEZ ROGERS
United States District Judge

[PROPOSED] ORDER OF RELEASE